IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| b1BANK, | § | |
|     *Plaintiff*, | § | |
| v. | § | Civil Action No. <u>4:24-CV-00397</u> |
| | § | |
| AQUILA AVIATION VENTURES, LLC, | § | |
| ULTRAAIR, LLC, MENTE GROUP, LLC, | § | |
| BRIAN E. PROCTOR, CHRISTOPER L. | § | |
| ERICKSON, and DANIEL R. WHITE | § | |
|     *Defendants*. | § | |

## <u>RETURN OF SERVICE</u>

Came to my hand on **Thursday, May 9, 2024 at 6:33 PM**,
Executed at: **4880 S. 236TH CIRCLE, ELKHORN, NE 68022**
at **1:00 PM**, on **Friday, May 17, 2024**, by delivering to the within named:

**CHRISTOPHER L. ERICKSON**

by personally delivering to **TRISHA ERICKSON**, a person of suitable age and discretion who resides here and who, upon questioning, confirmed that this is the defendant's usual place of abode, a true copy of this

**SUMMONS IN A CIVIL ACTION and PLAINTIFF b1BANK'S ORIGINAL COMPLAINT with EXHIBITS 1 through 17 and CIVIL COVER SHEET**

BEFORE ME, the undersigned authority, on this day personally appeared CHARLES CASEY who after being duly sworn on oath states: "My name is CHARLES CASEY. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

By: _____
CHARLES CASEY – Process Server of Nebraska

Subscribed and Sworn to by CHARLES CASEY, Before Me, the undersigned authority, on this
23rd day of May, 2024.

TYLER L ABBOTT
General Notary - State of Nebraska
My Commission Expires Jul 1, 2026

_____
Notary Public in and for the State of Nebraska

FRS-24-4283