# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **B1BANK,** *Plaintiff*, | § § § § § | |
| v. | § § § | **CIVIL ACTION NO. 4:24-CV-397** |
| **AQUILA AVIATION VENTURES, LLC, ULTRAAIR, LLC, MENTE GROUP, LLC, BRIAN E. PROCTOR, CHRISTOPHER L. ERICKSON, and DANIEL R. WHITE,** *Defendants*. | § § § § § § § § § | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff b1BANK ("Plaintiff") provides notice that it is dismissing, without prejudice, the claims asserted in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Plaintiff filed this lawsuit against Aquila Aviation Ventures, LLC, UltraAir, LLC, Mente Group, LLC, Brian E. Proctor, Christopher L. Erickson, and Daniel R. White.  At this time, none of the defendants have answered or otherwise appeared.  Accordingly, Plaintiff files this notice of dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i).

Respectfully submitted,

*/s/ Blake A. Bailey*
**BLAKE A. BAILEY**
State Bar No. 01514700
Blake.Bailey@phelps.com
**PHELPS DUNBAR LLP**
2102 E. State Highway 114, Suite 207
Southlake, Texas 76092
Telephone: 817-488-3134
Facsimile: 817-488-3214

**ATTORNEY FOR PLAINTIFF B1BANK**